AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Armando Gomez Nunez<br><br>*Defendant* | ) Case: 1:25-mj-00288<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 12/22/2025<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Armando Gomez Nunez                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 959(a), 960, and 963 (Conspiracy to Distribute Five Kilograms or More of Cocaine, Four Hundred Grams or More of Fentanyl, and Five Hundred Grams or More of Methamphetamine for Importation into the United States)

18 U.S.C. § 2 (Aiding and Abetting)

21 U.S.C. §§ 853 and 970, 28 U.S.C. § 2461(c) (Forfeiture)

Date:   12/22/2025                                            *[signature]*
                                                                         *Issuing officer's signature*

City and state:   Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/21/2026 , and the person was arrested on *(date)* 1/21/2026
at *(city and state)* Washington DC                  .

Date: 1/21/2026

                                                                         *[signature]*
                                                                         *Arresting officer's signature*

                                                                         J. SIAM
                                                                         *Printed name and title*