UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 25-CR-397-BAH |
| ARMANDO GOMEZ NUNEZ | : | |

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

Armando Gomez Nunez, through undersigned counsel, respectfully requests this Court continue his detention hearing set for January 28, 2026 to February 3, 2026. Due to complications related to the weather, undersigned counsel had been unable to adequately meet with Mr. Gomez Nunez and therefore requests a short continuance to allow her to meet with him in preparation for the hearing. Counsel therefore requests the Court reset the detention hearing for the morning of Monday February 3, 2026. Undersigned counsel has conferred with counsel for the government, who does not oppose this request.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500