UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : Case No. 25-CR-397-BAH |
| | : |
| ARMANDO GOMEZ NUNEZ, | : |
| | : |
| Defendant. | : |

### ORDER

Based upon the representations in the Unopposed Motion to Continue Detention Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the currently scheduled detention hearing on January 28, 2026, be continued to February 3, 2026, at 11:00 a.m.

.

**IT IS SO ORDERED.**

Date: January 27, 2026

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE