AUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

       v.                                   :           1:25-cr-397 (BAH)

ARMANDO GOMEZ NUNEZ                :


NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein shall take Notice that undersigned counsel is entering an appearance as retained co-counsel for defendant Armando Gomez Nunez, replacing current court appointed counsel.

Sandi S. Rhee, Esquire
Law Office of Sandi S. Rhee
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 502417
202-285-8366 (cellular)
SandiRheeLaw@Gmail.com


Respectfully submitted,

/s/ *Sandi S. Rhee*
_____
Sandi S. Rhee, Esquire
Law Office of Sandi S. Rhee
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
D.C. Bar No. 502417
202-285-8366(cellular)
SandiRheeLaw@Gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to AUSA Kate Naseef and court appointed defense counsel Tezira Abe, this 2nd day of February 2026.

*Sandi S. Rhee*

_____

Sandi S. Rhee