**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 25-cr-397 (BAH)** |
| | **:** | |
| **ARMANDO GOMEZ NUNEZ,** | **:** | |
| **also known as "Delta 1" and "Maximo,"** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## PROPOSED TRIAL AND CIPA SCHEDULE

The United States and Defendant Armando Gomez Nunez (the "Defendant") (the "parties") respectfully submit this joint status report and response to the Court's Minute Entry on May 29, 2026, directing the parties to jointly propose potential trial dates, a pretrial briefing schedule, and a Classified Information Procedures Act ("CIPA") schedule.  Min. Order, May 29, 2026.

The parties have conferred and propose the following possible trial dates:

Trial: March 1, 2027 (alternatively, any other day the week of March 1, 2027)

CIPA, Sect. 4 Motion: September 30, 2026

Pretrial Motions: January 11, 2027 (motions); January 25, 2027 (responses); February 1, 2027 (replies)

Pretrial Conference: February 15, 2027

The parties additionally request that the Court exclude the time from May 29, 2026, to the trial date from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A)-(B)(i) and (iv).  Specifically, the parties submit that this proposed schedule would serve the ends of justice by affording the parties reasonable time necessary for effective preparation, particularly in light of the voluminous discovery, Spanish-language documents and audio files that must be translated for use at trial, and the need to arrange for foreign witness travel.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY


*/s/ Kate M. Naseef*
Kate M. Naseef
Assistant United States Attorney
VA Bar No. 87850
U.S. Attorney's Office
601 D Street, NW
Washington, D.C. 20530
202-252-1796
kate.naseef2@usdoj.gov

2